No. 2595.—EL PUEBLO, apdo., *v.* MARCANO, aplte. — C. D. San Juan. Disto. 2º. Nov. 12, 1925. Infracción ley de automóviles.

POR CUANTO, los únicos señalamientos que han sido alegados por el apelante son:

*"Primero:* Estimar que la prueba de cargo aportada por el Ministerio Público justificaba una sentencia condenatoria para el acusado, cuando de la misma evidencia presentada por el Pueblo se desprende que el accidente se debió más bien a un hecho casual, fortuito, en que intervino la fatalidad sin que mediara ninguna culpa por parte del acusado;

*"Segundo:* Porque la prueba de cargo rendida en el juicio por el gobierno no coincide con los hechos alegados en la acusación y no la sostiene en ninguno de sus aspectos;

*"Tercero:* Haber declarado sin lugar una moción de *non suit* presentada por la defensa del acusado.''

POR CUANTO, el conflicto de la prueba, así como su suficiencia, han sido resueltos ya dos veces en contra del acusado, primero en la corte municipal y después de celebrado un juicio *de novo* en la de distrito, y

POR CUANTO, después de un examen detenido de los autos, no encontramos error tan manifiesto en la apreciación de dicha prueba que exija la revocación de la sentencia apelada,

POR TANTO, *se confirma* la sentencia que en este caso dictó la Corte de Distrito de San Juan, Distrito Segundo.

El Juez Asociado Sr. Wolf no intervino.